FILED

01/21/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0328

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0328

_____

EQT CHAP LLC,

      Appellant,

    v.                                    O R D E R

ENVIRONMENTAL HEALTH SCIENCES,

      Appellee.

_____

On January 16, 2025, the Court entered an order classifying this case for oral argument. Pursuant to M. R. App. P. 2(4), the Court has modified the caption of the case to accurately reflect the actual alignment or status of the parties to the appeal.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 21 2025